John A. Berg, OSB No. 120018
jberg@littler.com
Cody Emily Schvaneveldt, OSB No. 176304
cschvaneveldt@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison
Suite 900
Portland, OR 97204
Telephone:    503.221.0309
Fax No.:       503.242.2457

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROBIN CURRIN, AN INDIVIDUAL,** | Case No.: 3:16-cv-02177-BR |
| Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | |
| **PRESIDIO NETWORKED SOLUTIONS GROUP, LLC, ET AL.,** | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action, including all claims and counter-claims therein, with prejudice and without an award of attorneys' fees or costs to any party.

//

//

Page 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
FIRMWIDE:162112475.1 080595.1002

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR 97204
Tel: 503.221.0309

IT IS SO STIPULATED:

Respectfully submitted,                          Respectfully submitted,

s/ Craig A. Crispin                              /s/ John A. Berg
_____                      _____
Craig A. Crispin, OSB No. 824852                 John A. Berg, OSB No. 120018
Ashley A. Marton, OSB No. 171584                 Cody Schvaneveldt, OSB No. 176304
Crispin Employment Law PC                        Littler Mendelson, P.C.

Attorneys for Plaintiff                          Attorneys for Defendants
Robin Currin                                     Presidio Networked Solutions Group, LLC,
                                                 Kristina Maxwell

Dated: January 31, 2019                          Dated: January 31, 2019

Based upon the stipulation of the parties, it is hereby ORDERED that this case be dismissed with prejudice, and each party to bear its own attorneys' fees and costs.

Dated: February 7, 2019.

_____
THE HONORABLE ANNA BROWN

Page 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
FIRMWIDE:162112475.1 080595.1002

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR 97204
Tel: 503.221.0309